UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD H. WARREN,

                Plaintiff,

v.

STATE OF WASHINGTON ATTORNEY GENERAL,

                Defendant.

CASE NO. C19-1413-RSL-BAT

**ORDER ON PLAINTIFF'S FILING OF ADDITIONAL EXHIBIT TO AMENDED COMPLAINT**

Plaintiff proceeds *pro se* and *in forma pauperis* in this 42 U.S.C. §1983 civil rights action. By order dated October 1, 2019, the Court directed service of plaintiff's amended complaint including several exhibits. Dkt. 15. Plaintiff subsequently filed an additional exhibit to the amended complaint (exhibit E – Dkt. 16) and a supplement to that exhibit (Dkt. 17). Defendants have now filed waivers of service with respect to plaintiff's amended complaint. Dkts. 18-24.

The Court finds that the additional exhibit E and supplement (Dkts. 16, 17) should be considered as part of plaintiff's amended complaint. If defendants would like the Court to direct separate electronic service of this additional exhibit, they should inform the Court of such **on or before November 25, 2019**. Otherwise the Court and the parties shall construe exhibit E and the

ORDER ON PLAINTIFF'S FILING OF
ADDITIONAL EXHIBIT TO AMENDED
COMPLAINT - 1

1 | supplement as part of the amended complaint for all purposes.

2 | The Clerk shall provide a copy of this order to all parties.

4 | DATED this 18th day of November, 2019.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER ON PLAINTIFF'S FILING OF
ADDITIONAL EXHIBIT TO AMENDED
COMPLAINT - 2