UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD H. WARREN,

        Plaintiff,

v.

ADELAIDE O HORNE, *et al.*,

        Defendants.

CASE NO. 2:19-cv-01413-RSL-BAT

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Defendants' Motion for Summary Judgment (Dkt. 37) is GRANTED. Mr. Warren's federal claims are DISMISSED WITH PREJUDICE as described in the Report and Recommendation. The Court declines to exercise supplemental jurisdiction over Mr. Warren's state law claims and those claims are DISMISSED WITHOUT PREJUDICE.

    **(3)**    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

ORDER OF DISMISSAL - 1

1 Dated this 28th day of September, 2020.

2

3

*[signature]*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 2